32 So.2d 179

**McKinley, alias Slim, HENSON v. STATE.**

**8 Div. 595.**

Court of Appeals of Alabama.

May 27, 1947.

Rehearing Stricken June 10, 1947.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.